JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE – State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CARLOS ORNELAS,<br><br>                              Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 20, Inclusive,<br><br>                              Defendants. | Case No. 1:18-cv-00697-AWI-EPG<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff Carlos Ornelas ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through their attorneys of record, that good cause exists and the parties request that the Court continue the initial scheduling conference presently scheduled for October 19, 2018 for the following reasons:

1.     Counsel for Home Depot will be on vacation with no access to a telephone from October 13, 2018 through October 21, 2018.

1.     This request for a continuance of the initial scheduling conference was not made sooner because Counsel for Home Depot mistakenly believed that the initial status conference (which was scheduled prior to the Court's issuance of its order denying Plaintiff's Motion to Remand) was vacated and that a new scheduling conference was going to be scheduled.

//

Goodman
Neuman
Hamilton LLP

417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

2. Upon realizing that the originally scheduled conference date had not been vacated, counsel for Home Depot notified Plaintiff's counsel of the conflict in her schedule, and Plaintiff's counsel agreed to stipulate to a continuance of the initial scheduling conference to October 25, 2018, at 10:00 a.m.

Based on the foregoing, the parties respectfully request that the Court continue the initial scheduling conference to October 25, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: October 8, 2018             GOODMAN NEUMAN HAMILTON LLP


By:   _/s/ Paige Yeh_
PAIGE YEH
Attorneys for Defendant
HOME DEPOT U.S.A., INC.


DATED: October 8, 2018             ABIR COHEN TREYZON SALO, LLP


By:   _/s/ Katie De Guzman_
KATIE DE GUZMAN
Attorneys for Plaintiff
CARLOS ORNELAS


## ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order to continue the initial status conference from October 19, 2018, at 10:00 a.m. to October 25, 2018, at 10:00 a.m.


IT IS SO ORDERED.


Dated:   **October 9, 2018**             /s/ Erica P. Groj

UNITED STATES MAGISTRATE JUDGE

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

STIPULATION AND REQUEST FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE
Case No. 1:18-cv-00697-AWI-EPG