1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

11

12   CARLOS ORNELAS,                         Case No. 1:18-cv-00697-AWI-EPG

13                              Plaintiff,
                                             **ORDER ADOPTING STIPULATION IN
14   vs.                                     PART AND MODIFYING SCHEDULING
                                             ORDER**
15   HOME DEPOT U.S.A., INC.; and DOES
     1 through 20, Inclusive,                **Accompanying Documents:**
                                             **STIPULATION TO MODIFY**
16                              Defendants.   **SCHEDULING ORDER**

17                                           Complaint Filed:    October 6, 2017
                                             Answer Filed:       May 18, 2018
18                                           Trial Date:  October 27, 2020

19

20

21

22

23         Upon consideration of the parties' Stipulation to Modify Scheduling Order (ECF No. 27.)

24   for good cause shown, it is hereby ORDERED that the parties' stipulation is adopted except as to

25   the proposed dispositive motion deadline. Instead, the Court sets **July 9, 2020**, as the dispositive

26   motion filing deadline :

27         Accordingly, all deadlines and dates in the Scheduling Order (Pacer Doc. No. 16) are

28   modified as indicated below.

                                             -1-

| Deadline | Proposed Dates |
|---|---|
| Nonexpert Discovery Cutoff | January 24, 2020 |
| Plaintiff's Expert Disclosure | February 11, 2020 |
| Defendant's Expert Disclosure | March 16, 2020 |
| Rebuttal Expert Disclosure | April 16, 2020 |
| Expert Discovery Cutoff | May 21, 2020 |
| Dispositive Motion Filing Deadline | July 9, 2020 |
| Settlement Conference | Not Set |
| Mid-Discovery Conf. | July 23, 2020 |
| Pretrial Conf. | August 27, 2020 (Same) |
| Jury Trial | October 27, 2020 (Same) |

IT IS SO ORDERED.


Dated: __**September 17, 2019**__          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING SCHEDULING ORDER          Case No. 1:18-cv-00697-AWI-EPG