UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CARLOS ORNELAS,<br><br>                        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 through 20, Inclusive,<br><br>                       Defendants. | Case No. 1:18-cv-00697-AWI-EPG<br><br>**ORDER ADOPTING SECOND STIPULATION TO MODIFY SCHEDULING ORDER**<br><br><u>**Accompanying Documents**</u>**:**<br>**SECOND STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed:    October 6, 2017<br>Answer Filed:      May 18, 2018<br>Trial Date:  October 27, 2020 |

Upon consideration of the parties' Stipulation to Modify Scheduling Order for good cause shown, it is hereby ORDERED that:

All deadlines and dates in the Order Adopting Stipulation In Part And Modifying Scheduling Order (ECF. No. 28) are modified as indicated below.

-1-

| Deadline | Current Dates | New Dates |
|---|---|---|
| Nonexpert Discovery Cutoff | January 24, 2020 | February 21, 2020 |
| Plaintiff's Expert Disclosure | February 11, 2020 | March 10, 2020 |
| Defendant's Expert Disclosure | March 16, 2020 | April 13, 2020 |
| Rebuttal Expert Disclosure | April 16, 2020 | May 14, 2020 |
| Expert Discovery Cutoff | May 21, 2020 | June 18, 2020 |
| Dispositive Motion Filing Deadline | July 9, 2020 | July 9, 2020 (same) |
| Settlement Conference | Not Set | Not Set (same) |
| Mid-Discovery Conference | July 23, 2020 | July 23, 2020 (same) |
| Pretrial Conference | August 27, 2020 | August 27, 2020 (same) |
| Jury Trial | October 27, 2020 (same) | October 27, 2020 (same) |

IT IS SO ORDERED.

Dated:   **December 2, 2019**            /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE