# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ORNELAS,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-00697-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANT HOME DEPOT WITH PREJUDICE<br><br>(ECF No. 31) |

On April 3, 2020, Defendant Home Depot U.S.A., Inc. ("Home Depot") filed a Joint Stipulation for Dismissal with Prejudice (ECF No. 31.) Plaintiff's counsel signed the notice, and no other Defendant has been served. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **April 6, 2020**  /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE